IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OFELIA IBARRA DE TORRES,**<br><br>          Petitioner,<br><br>     vs.<br><br>**MICHAEL CHERTOFF, in his Official Capacity, Secretary of the Department of Homeland Security, et al.,**<br><br>          Respondents. | No. CV-F-07-1092 OWW/DLB<br><br>ORDER DENYING RESPONDENTS' MOTION TO DISMISS FOR INSUFFICIENCY OF SERVICE OF PROCESS (Doc. 14) AND PETITIONER'S MOTION TO AMEND (Doc. 15) AS MOOT |

On September 20, 2007, Respondents filed a motion to dismiss the Petition for Writ of Mandamus and Hearing on Application to Adjust Status and Compel Agency Action, for insufficiency of service of process pursuant to Rules 4(i) and 12(b)(4), Federal Rules of Civil Procedure (Doc. 14). In opposing this motion to dismiss, Petitioner, on October 5, 2007, filed a motion to amend the petition (Doc. 15). In the motion to dismiss the petition for lack of subject matter jurisdiction filed on October 11, 2007

1

**(Doc. 19), Respondents withdrew the motion to dismiss based on insufficiency of service of process.**

**Accordingly, Respondents' motion to dismiss based on insufficiency of service of process and Petitioner's motion to amend are DENIED AS MOOT.**

IT IS SO ORDERED.

**Dated:   February 19, 2008**           /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE