McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFELIA IBARRA DE TORRES,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>Defendants. | 07-F-CV-1092 OWW DLB<br><br><br><br>**STIPULATION RE:<br>DISMISSAL AND<br>ORDER** |

This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate her application to adjust status. The parties respectfully inform the Court that as of the date of this filing, the application has been adjudicated at the administrative level, such that the pending mandamus petition is moot. The parties consequently stipulate that the case be dismissed, and that the hearing scheduled for Monday, February 25, 2008, be taken off calendar.

Dated: February 19, 2008                    Respectfully Submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney


                                    By:     /s/Audrey Hemesath
                                            Audrey B. Hemesath
                                            Assistant U.S. Attorney

1

                                                Attorneys for the Respondents

                                          By:    /s/ Jeremy Clason
                                                     Jeremy Clason
                                                     Attorney for the Petitioner

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the case is dismissed.

.      IT IS SO ORDERED.

**Dated:   February 21, 2008**　　　　　　　　　　　**/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE